

PROB 22
(Rev. 2/88)

CR 07 00513 JF

# TRANSFER OF JURISDICTION

FILED
2007 AUG -6 P 3:11
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

| DOCKET NUMBER *(Tran. Court)* | DOCKET NUMBER *(Rec. Court)* |
|---|---|
| 5:01CR00153-001 | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Uri A. Rogers<br>2322 Homestead, #12<br>Santa Clara, CA 95050 | NORTHERN DISTRICT OF OHIO | Eastern |
| | NAME OF SENTENCING JUDGE: Paul R. Matia | |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 03/26/2007 | TO 03/25/2011 |

OFFENSE

21 U.S.C. § 841(a)(1) and (b)(1)(B), Distribution of Cocaine Base, a Class A felony.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7-18-07
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/1/07
*Effective Date*

James Ware
*United States District Judge*